In the Matter of the Application of MAMARONECK COMMODORE, INC., and LAWSAM REALTY CORPORATION, Appellants, for a Certiorari Order against L. HAROLD BAYLY and Others, Constituting the Board of Appeals of the Village of Mamaroneck, Respondents.— Final order dismissing certiorari order affirmed, with fifty dollars costs and disbursements. No opinion. Kapper, Carswell, Scudder and Davis, JJ., concur; Lazansky, P. J., dissents upon the ground that the zoning board of appeals has not decided the question presented to it, that is, the question of unnecessary hardship, but has decided that the hardship would be upon adjoining property.

In the Matter of the Application of HENRY MILLER, as Administrator, etc., of BERTHA MILLER, Deceased, to Discover Property of Said Deceased, Claimed to Be Withheld by SAMUEL LESSELBAUM and MOLLIE LESSELBAUM. HENRY MILLER, Individually and as Administrator, etc., of BERTHA MILLER, Deceased, Appellant; SAMUEL LESSELBAUM and MOLLIE LESSELBAUM, Respondents.— Order of the Surrogate's Court of Kings county dismissing petition unanimously affirmed, with costs payable by the appellant personally. No opinion. Present — Lazansky, P. J., Young, Kapper, Scudder and Davis, JJ.

In the Matter of the Application of RAVINE SUPPLY CORPORATION and Others, Respondents, for an Order Summarily Discharging of Record and Declaring Void an Alleged Lien Claimed by THE ROBBINS RIPLEY COMPANY, Lienor, Appellant.— Order discharging and declaring void a mechanic's lien affirmed, with ten dollars costs and disbursements. No opinion. ' Young, Kapper, Scudder and Davis, JJ., concur; Lazansky, P. J., dissents, being of opinion that subdivision 6 of section 19 of the Lien Law has no application to the notice of lien in question.